FILED ___ LODGED
___ RECEIVED ___ COPY

APR 2 5 2005

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____Kcs_____DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| THOMAS H. REED, JR., <br><br> Plaintiff, <br><br> vs. <br><br> SALLIE BARRASH, et al., <br><br> Defendants. | No. CIV 05-1090-PHX-SMM <br><br> **ORDER** |

On April 12, 2005, Plaintiff filed with the Court a Complaint initiating this matter. Upon consideration of Plaintiff's Complaint, the Court finds that it is defective on its face for failure to comply with both the local and Federal Rules of Civil Procedure, and accordingly will be dismissed *sua sponte* with leave to refile. Plaintiff's Motion to Proceed In Forma Pauperis will be denied accordingly.

Local Rule 7.1(b)(1) states that the body of all pleadings filed in the District of Arizona, including complaints, "shall be typed double-spaced." Plaintiff failed to comply with this rule. Further, Plaintiff has cited no legal basis showing that he is entitled to relief in violation of Fed. R. Civ. P. 8(a).

Plaintiff will be granted until **Monday, May 30, 2005**, to amend his Complaint to comply with the local and Federal Rules of Civil Procedure, and to file such amended complaint with the Court.

///

///

Accordingly,

**IT IS THEREFORE ORDERED** Plaintiff's Complaint is hereby dismissed without prejudice, with leave to refile.

**IT IS FURTHER ORDERED** Plaintiff shall have up to and including **Monday, May 30, 2005**, to file an Amended Complaint with the Court.

**IT IS FURTHER ORDERED** Plaintiff's Motion to Proceed In Forma Pauperis is hereby **DENIED** without prejudice. Plaintiff may re-file such motion at the time of submission of an Amended Complaint.

DATED this _21_ day of April, 2005.

_____
Stephen M. McNamee
Chief United States District Judge