**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Thomas H. Reed, Jr. | ) | No. CV-05-1090-PHX-SMM |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) | |
| Sallie Barrash, et al., | ) ) | |
| Defendants. | ) ) | |

On February 27, 2007, this Court ordered Plaintiff Thomas H. Reed, Jr. to show cause in writing by March 26, 2007, why this case should not be dismissed pursuant to Rule 4(m) with respect to any and all defendants that have not yet been served in accordance with the provision of Rule 4 of the Federal Rules of Civil Procedure. (Doc. 8) As of the date of this Order, Plaintiff has yet to serve any Defendants.

Accordingly,

**IT IS ORDERED** that Plaintiff shall appear on **Monday, August 6, 2007, at 10:30 a.m.** and show cause why this case should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, before the Honorable Stephen M. McNamee in Courtroom 605, on the sixth floor of the Sandra Day O'Connor United States Courthouse, 401 W. Washington Street, Phoenix, Arizona.

Case 2:05-cv-01090-SMM   Document 10   Filed 07/11/07   Page 2 of 2

**IT IS FURTHER ORDERED** that Plaintiff's failure to appear on **Monday, August 6, 2007, at 10:30 a.m.** or serve the Defendants pursuant to Rule 4 of the Federal Rules of Civil Procedure by that time will result in a dismissal of this action.

DATED this 10th day of July, 2007.

Stephen M. McNamee
United States District Judge

- 2 -