## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Thomas H. Reed, Jr. | )<br>)<br>) |
| Plaintiff, | ) **JUDGMENT IN A CIVIL CASE**<br>) |
| v. | ) CIV 05-1090-PHX-SMM<br>) |
| Sallie Barrash, et al., | )<br>)<br>) |
| Defendants. | ) |

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is dismissed for failure to serve the Defendant within the time specified by Rule 4(m), Federal Rules of Civil Procedure.

  August 6, 2007  
     Date

RICHARD H. WEARE  
District Court Executive/Clerk

  s/L. Fettis  
  Deputy Clerk

cc: (all counsel)